UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROSHANDA JOHNSON,<br><br>                        Plaintiff,<br><br>v.<br><br>MARVIN KING, et al,<br><br>                        Defendant. | Case No. 2:16-cv-024-APG-VCF<br><br>**Order Accepting Report and Recommendation and Dismissing Complaint**<br><br>(Dkt. #2) |

On January 11, 2016, Magistrate Judge Ferenbach entered his Report and Recommendation recommending that I dismiss plaintiff's Complaint and allow her the opportunity to file an amended complaint. (Dkt. #2.) Ms. Johnson filed a document entitled "Objection for any Defendant to File for Removal." (Dkt. #5.) I will interpret that document as an objection to the Report and Recommendation. I have conducted a de novo review of the issues set forth in the Report and Recommendation. Judge Ferenbach's Report and Recommendation sets forth the proper legal analysis, and the factual basis, for the decision. Therefore,

IT IS HEREBY ORDERED that the Report and Recommendation **(Dkt. #2) is accepted**, and the plaintiff's complaint **(Dkt. #3) is DISMISSED**. Ms. Johnson may file an amended complaint, if she can allege sufficient facts to cure the deficiencies discussed in the Report and Recommendation. If a proper amended complaint is not filed by **April 27, 2016**, then the complaint will be deemed dismissed with prejudice and this file will be closed.

Dated: April 6, 2016.

                                                                ANDREW P. GORDON<br>
                                                                UNITED STATES DISTRICT JUDGE