# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROSHANDA JOHNSON,<br><br>  Plaintiff,<br><br>  v.<br><br>MARVIN KING, et al.,<br><br>  Defendants. | Case No. 2:16-cv-00024-APG-VCF<br><br>**ORDER DISMISSING CASE** |

On April 6, 2016, I entered an order dismissing the plaintiff's complaint but allowing her to file an amended complaint by April 27, 2016. ECF No. 6. I advised the plaintiff that if no amended complaint were filed by that date, the complaint would be dismissed with prejudice and this case would be closed. *Id.* No amended complaint has been filed.

IT IS THEREFORE ORDERED that the complaint is dismissed with prejudice and the clerk of court shall close this case.

DATED this 3rd day of May, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE